BEFORE THE SECOND DIVISION, AUGUST 17, 1949

No. 53499.—Abraham & Straus, Inc. *v.* United States, protest 136440–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

No. 53500.—Gimbel Bros., Inc., et al. *v.* United States, protests 139697–K, etc. (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiffs was therefore sustained.

No. 53501.—Blum's, Incorporated *v.* United States, protest 602915–G (New York).

Opinion by RAO, J.   The protest was dismissed.

No. 53502.—Meier & Frank Co. *v.* United States, protest 889463–G (Portland, Oreg.).

Opinion by RAO, J.   The protest was dismissed.

No. 53503.—Fisher Scientific Co. *v.* United States, protests 110672–K, etc. (Pittsburgh).

Opinion by RAO, J.   The protests were dismissed.

No. 53504.—W. R. Zanes & Company *v.* United States, protest 114382–K (Galveston).

Opinion by RAO, J.   The protest was dismissed.

No. 53505.—Henry W. Peabody & Co. et al. *v.* United States, protests 117283–K, etc. (El Paso, etc.).

Opinion by RAO, J.   The protests were dismissed.